

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ericha Sanchez,

Vs. No. 11-22-00097-CR

The State of Texas,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 27514-A.

\* April 28, 2022

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has considered Ericha Sanchez's motion to withdraw this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.